| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626) |
|   | Jenna L. Gavenman (State Bar No. 348510) |
| 3 | 1990 North California Blvd., Suite 940 |
| 4 | Walnut Creek, CA 94596 |
|   | Telephone: (925) 300-4455 |
| 5 | Facsimile:  (925) 407-2700 |
| 6 | E-mail: ltfisher@bursor.com |
|   |         jgavenman@bursor.com |
| 7 | |
| 8 | **BURSOR & FISHER, P.A.** |
|   | Joseph I. Marchese* |
| 9 | Max S. Roberts* |
| 10 | 888 Seventh Avenue |
|    | New York, NY 10019 |
| 11 | Telephone: (646) 837-7150 |
| 12 | Facsimile:  (212) 989-9163 |
|    | Email: jmarchese@bursor.com |
| 13 |        mroberts@bursor.com |
| 14 | |
|    | *Attorneys for Plaintiff* |
| 15 | |
| 16 | *Pro Hac Vice Application Forthcoming* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAYLOR MEEHAN, LUIS SANTIAGO, and KARENA FENG, individually and on behalf of all others similarly situated, | | Case No. 3:23-cv-00227-CAB-AGS |
| Plaintiffs, | | **PLAINTIFF MEEHAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| v. | | |
| PETCO ANIMAL SUPPLIES STORES, INC., | | Hon. Cathy Ann Bencivengo |
| Defendant. | | |

CASE NO. 3:23-CV-00227-CAB-AGS

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Taylor Meehan—and Plaintiff Meehan only—hereby dismisses their individual claims against Defendant Petco Animal Supply Stores, Inc. without prejudice. The claims of Plaintiffs Luis Santiago and Karena Feng remain pending.

Dated: April 5, 2023    Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:   */s/ L. Timothy Fisher*
          L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Jenna L. Gavenman (State Bar No. 348510)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
           jgavenman@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
Max S. Roberts*
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: jmarchese@bursor.com
           mroberts@bursor.com

*Attorneys for Plaintiffs*

*\*Pro Hac Vice Application Forthcoming*