1  **BURSOR & FISHER, P.A.**
2  L. Timothy Fisher (State Bar No. 191626)
   Jenna L. Gavenman (State Bar No. 348510)
3  1990 North California Blvd., Suite 940
4  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
5  Facsimile: (925) 407-2700
6  Email: ltfisher@bursor.com
          jgavenman@bursor.com
7
8  **BURSOR & FISHER, P.A.**
   Joseph I. Marchese*
9  Max S. Roberts*
10 1330 Avenue of the Americas, 32nd Floor
   New York, NY 10019
11 Telephone: (646) 837-7150
12 Facsimile: (212) 989-9163
   Email: jmarchese@bursor.com
13        mroberts@bursor.com
14
15 *Attorneys for Plaintiffs*

16 *Pro Hac Vice Application Forthcoming*

17                **UNITED STATES DISTRICT COURT**
18                **SOUTHERN DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| LUIS SANTIAGO and KARENA FENG, individually and on behalf of all others similarly situated, | Case No.: 3:23-cv-0227-CAB-AGS |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| PETCO ANIMAL SUPPLIES STORES, INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Luis Santiago and Karena Feng voluntarily dismiss their claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 23, 2023          **BURSOR & FISHER, P.A.**

By:  /s/ *L. Timothy Fisher*
     L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Jenna L. Gavenman (State Bar No. 348510)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
       jgavenman@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
Max S. Roberts*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com
       mroberts@bursor.com

*Attorneys for Plaintiffs*

*\*Pro Hac Vice Application Forthcoming*